**FILED**

12:16 pm, Mar 08, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

TYLER FORBES,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 1:22-cr-00097(RPK)(LB)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant TYLER FORBES's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           March 8, 2022

                                            JOSEPH S. BEEMSTERBOER
                                            Acting Chief, Fraud Section
                                            Department of Justice, Criminal Division

                  By:    _____
                                            Sara Hallmark
                                            Trial Attorney
                                            Avi Perry
                                            Deputy Chief
                                            (202) 538-9679

Cc:    Clerk of the Court
       Richard Weinberg (counsel for defendant)