**\*\*FILED\*\***

12:17 pm, Mar 08, 2022

U.S. DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case:  United States v. Tyler Forbes

2. Related Magistrate Docket Number(s): NA

3. Arrest Date:  NA

   **1:22-cr-00097(RPK)(LB)**

4. Nature of offense(s):   ☒ Felony
                           ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):  NA

6. Projected Length of Trial:   Less than 6 weeks   ☒
                                More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]    ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?    ☐ Yes   ☒ No

10. Have arrest warrants been ordered?    ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

                                    JOSEPH S. BEEMSTERBOER
                                    Acting Chief, Fraud Section
                                    Department of Justice, Criminal Division

                        By:         _____
                                    Sara Hallmark
                                    Trial Attorney
                                    Avi Perry
                                    Deputy Chief
                                    (202) 538-9679

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.