UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    - against -                                      22 CR 97 (RPK)(LB)

TYLER FORBES
------------------------------------------------------------x

LOIS BLOOM, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE LOIS BLOOM

      United States Magistrate Judge Lois Bloom has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Lois Bloom. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Lois Bloom

_____
Tyler Forbes
Defendant

By: _____
Sara Hallmark
Trial Attorney

_____
Richard Weinberg
Attorney for the Defendant

Dated: __April 14, 2022__
Brooklyn, New York

Before: _____
Lois Bloom
United States Magistrate Judge