UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Docket No. CR-22-0097 <br> (KOVNER, J.) |
| TYLER FORBES, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $15,100.00, that is, a fine in the amount of $15,000.00, and a special assessment in the amount of $100.00, on August 2, 2022, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on August 2, 2022; and

WHEREAS, said judgment has been fully paid as to the defendant TYLER FORBES;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant TYLER FORBES.

Dated:   Brooklyn, New York
         August 22, 2022

BREON PEACE
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:   _____/s/_____
      DANIEL G. SAAVEDRA
      Assistant U.S. Attorney
      (718) 254-6360